MOLLY M. LENS (S.B. #283867)
mlens@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067-6035
Telephone:  +1 310 553 6700
Facsimile:   +1 310 246 6779

ELIZABETH A. ARIAS (S.B. #318283)
earias@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071-2811
Telephone:  +1 213 430 6000
Facsimile:   +1 213 430 6407

NATASHA W. TELEANU (*pro hac vice*)
nteleanu@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, 17th Floor
New York, New York 10019
Telephone:  +1 212 326 2000
Facsimile:   +1 212 326 2061

*Attorneys for Defendant Paramount Global*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH E. JEROME,<br><br>Plaintiff,<br><br>v.<br><br><br>PARAMOUNT GLOBAL,<br>a Delaware Corporation,<br><br>Defendant. | Case No. 2:25-cv-10482-SVW-ADS<br><br>**[PROPOSED]** **ORDER GRANTING JOINT STIPULATION** |

## ~~PROPOSED~~ ORDER

Upon review of Plaintiff Joseph E. Jerome and Defendant Paramount Global ("Paramount," collectively with the Plaintiff, the "Parties") Joint Stipulation Regarding the Deposition Schedule, it is hereby:

**ORDERED** that the Parties' Joint Stipulation is **GRANTED**; and it is further

**ORDERED** that the deposition of David Theodosopoulos shall be completed during the week of July 27, 2026; and it is further

**ORDERED** that all other provisions of the Court's July 20, 2026 Minute Order remain in effect..

**IT IS SO ORDERED**

DATE: July 22, 2026

_____
Hon. Stephen V. Wilson
United States District Judge

-1-