MOLLY M. LENS (S.B. #283867)
mlens@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile:  +1 310 246 6779

ELIZABETH A. ARIAS (S.B. #318283)
earias@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2811
Telephone: +1 310 553 6700
Facsimile:  +1 310 246 6779

NATASHA W. TELEANU (*pro hac vice*)
nteleanu@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, 17th Floor
New York, New York 10019
Telephone: +1 212 326 2000
Facsimile:  +1 212 326 2061

*Attorneys for Defendant Paramount Global*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH E. JEROME,<br><br>Plaintiff,<br><br>v.<br><br>PARAMOUNT GLOBAL,<br>a Delaware Corporation,<br><br>Defendant. | Case No. 2:25-cv-10482-SVW-ADS<br><br>**JOINT STIPULATION REGARDING SUBMISSION OF DIRECT TRIAL TESTIMONY**<br><br>Judge: Hon. Stephen V. Wilson<br>Courtroom: 10A<br>Trial Date: August 18, 2026<br>Bench Trial |

Plaintiff Joseph E. Jerome ("Plaintiff") and Defendant Paramount Global ("Paramount," collectively with Plaintiff, the "Parties"), through their undersigned counsel, stipulate and agree, under Local Rule 7-1, as follows:

WHEREAS, this Court's Civil Trial Preparation Order (Dkt. 30), dated May 5, 2026, provides that in non-jury trials, counsel shall "submit the direct testimony of their witnesses in writing in the format of a declaration subject to the penalties of perjury" and that "[c]ounsel are to exchange and file these declarations with the Court at least eight calendar days before trial, unless otherwise ordered by this Court";

WHEREAS, trial in this matter is currently set for August 18, 2026, making the current deadline for direct testimony declarations August 10, 2026;

WHEREAS, to promote efficiency and to facilitate the orderly presentation of testimony, the Parties have agreed that it would be beneficial for Plaintiff to submit his direct testimony declarations in advance of Paramount's declarations, so that Paramount's declarations may be prepared with the benefit of knowing the substance of Plaintiff's case in chief, thereby reducing unnecessary or duplicative testimony, avoiding the need to further supplement direct testimony upon receipt of Plaintiff's declarations, and streamlining the trial record for the Court;

WHEREAS, Plaintiff will need until the current deadline, August 10, 2026, to finalize his direct testimony declarations;

WHEREAS, Paramount intends to promptly review Plaintiff's direct testimony declarations and finalize its own direct testimony declarations, but will require an additional short window to do so; and

WHEREAS, subject to the Court's agreement, the Parties respectfully submit that this stipulated schedule is in the interest of justice and the efficient administration of this litigation, and will conserve the Court's and the Parties' resources.

IT IS HEREBY STIPULATED AND AGREED:

1. Plaintiff shall exchange and file his direct testimony trial declarations on or before August 10, 2026;

2. Paramount shall exchange and file its direct testimony trial declarations on or before August 12, 2026; and

3. All other deadlines and requirements set forth in the Court's Civil Trial Preparation Order remain in full force and effect.

Dated:  August 5, 2026         By:  */s/ Molly M. Lens*
Molly M. Lens

Molly M. Lens
mlens@omm.com

*Attorneys for Defendant Paramount Global*

Dated:  August 5, 2026         By:  */s/ Mitchell G. Mandell*
Mitchell G. Mandell

Mitchell G. Mandell
mmandell@zplaw.com

*Attorney for Plaintiff Joseph E. Jerome*

JOINT STIPULATION
2:25-CV-10482-SVW-ADS

**Attestation**

Pursuant to Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated:  August 5, 2026                                   **O'MELVENY & MYERS LLP**


By:  */s/ Molly M. Lens*
_____

Molly M. Lens