# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JOSEPH E. JEROME,

        Plaintiff,

    v.

PARAMOUNT GLOBAL,
a Delaware Corporation,

        Defendant.

Case No. 2:25-cv-10482-SVW-ADS

**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING SUBMISSION OF DIRECT TRIAL TESTIMONY**

## **PROPOSED ORDER**

Upon review of Plaintiff Joseph E. Jerome ("Plaintiff") and Defendant Paramount Global ("Paramount," collectively with the Plaintiff, the "Parties") Joint Stipulation Regarding Submission of Direct Trial Testimony, it is hereby:

**ORDERED** that the Parties' Joint Stipulation is **GRANTED**; and it is further

**ORDERED** that Plaintiff shall exchange and file his direct testimony trial declarations on or before August 10, 2026; and it is further

**ORDERED** that Paramount shall exchange and file its direct testimony trial declarations on or before August 12, 2026; and it is further

**ORDERED** that all other deadlines and requirements set forth in the Court's Civil Trial Preparation Order (Dkt. No. 30), dated May 5, 2026, shall remain in full force and effect.

**SO ORDERED** this __ day of _____, 2026.

_____

Hon. Stephen V. Wilson
United States District Judge

-1-